```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar Number 222875
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3172
     Facsimile: (213) 894-7177
     E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>      v.<br><br>$30,191.00 IN U.S. CURRENCY,<br>      Defendant. | CV 11-6074 GAF (FMOx)<br><br>DEFAULT JUDGMENT OF FORFEITURE<br><br>Before the Honorable Gary A. Feess, United States District Judge |

This action arose from the Verified Complaint for Forfeiture ("Complaint") filed on July 22, 2011 against defendant $30,191.00 in U.S. currency ("defendant currency"). Notice of this action has been given in the manner required by law. Neither Guillermo R. Cesse nor any other potential claimant has appeared by filing a Statement identifying his rights or interests with this Court. Further, neither Guillermo R. Cesse nor any other potential

claimant has filed an Answer to the Complaint or otherwise defended his interest, if any, in the defendant currency. Therefore, the Court deems that potential claimant Guillermo R. Cesse and all other potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of potential claimant Guillermo R. Cesse, and all other potential claimants in and to the defendant currency is condemned and forfeited to the United States of America.

DATED: January 12, 2012

THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


 /s/ Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America