ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar Number 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-7177
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. $30,191.00 IN U.S. CURRENCY, Defendant. | CV 11-6074 GAF (FMOx) <br> DEFAULT JUDGMENT OF FORFEITURE <br> Before the Honorable Gary A. Feess, United States District Judge |

    This action arose from the Verified Complaint for Forfeiture ("Complaint") filed on July 22, 2011 against defendant $30,191.00 in U.S. currency ("defendant currency"). Notice of this action has been given in the manner required by law. Neither Guillermo R. Cesse nor any other potential claimant has appeared by filing a Statement identifying his rights or interests with this Court. Further, neither Guillermo R. Cesse nor any other potential

1  claimant has filed an Answer to the Complaint or otherwise
2  defended his interest, if any, in the defendant currency.
3  Therefore, the Court deems that potential claimant Guillermo R.
4  Cesse and all other potential claimants admit the allegations of
5  the Complaint to be true.
6       ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all
7  right, title, and interest of potential claimant Guillermo R.
8  Cesse, and all other potential claimants in and to the defendant
9  currency is condemned and forfeited to the United States of
10 America.

11
12 DATED: <u>January 12, 2012</u>       THE HONORABLE GARY A. FEESS
                                        UNITED STATES DISTRICT JUDGE
13 PRESENTED BY:

14 ANDRÉ BIROTTE JR.
   United States Attorney
15 ROBERT E. DUGDALE
   Assistant United States Attorney
16 Chief, Criminal Division
   STEVEN R. WELK
17 Assistant United States Attorney
   Chief, Asset Forfeiture Section
18

19  <u>/s/ Katharine Schonbachler</u>
   KATHARINE SCHONBACHLER
20 Assistant United States Attorney

21 Attorneys for Plaintiff
   United States of America