ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3172
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CV 11-6074 GAF (FMOx) |
| Plaintiff, | ) |
| vs. | ) **CONSENT JUDGMENT OF FORFEITURE** |
| $30,191.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

This action was filed on July 22, 2011 against defendant $30,191.00 in U.S. currency.  Notice was given and published in accordance with law.  Guillermo Rafael Cesse ("Cesse") claims an interest in the defendant $30,191.00 in U.S. currency

(hereinafter "defendant currency"), and has filed a claim and answer.  No other parties have appeared and the time for filing such claims and answers has expired.  Plaintiff United States of America and Cesse have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant $30,191.00 in U.S. currency other than Cesse are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. $30,191.00, without interest, shall be returned to Cesse by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Guillermo Rafael Cesse," and mailed to him at his address in Kearny, New Jersey 07032.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to Guillermo Rafael Cesse.  Cesse shall provide any and all information needed to process the return of these funds according to federal law.

4. Cesse hereby releases the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Federal Bureau of Investigation, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the

investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Cesse, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: May 10, 2012

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: May 9, 2012          ANDRÉ BIROTTE JR.
                            United States Attorney
                            ROBERT E. DUGDALE
                            Assistant United States Attorney
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section

                                 /s/
                            _____
                            KATHARINE SCHONBACHLER
                            Assistant United States Attorney
                            Attorneys for Plaintiff
                            United States of America

DATED: May 9, 2012
                                 /s/
                            _____
                            GUILLERMO RAFAEL CESSE, Pro Se
                            Claimant